# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-MC-60120-SMITH/VALLE

MATTHEW ORSO, as successor trustee to
Kenneth D. Bell as court-ordered receiver for
Rex Venture Group, LLC.

        Plaintiff,

v.

MICHELINE THOMAS

        Defendant/Judgment Debtor,

v.

REGIONS BANK,

        Garnishee.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 19], in which the Magistrate Judge recommends directing the Clerk of Court to dissolve the Writ of Garnishment [DE 9] on Regions Bank and denying as moot Micheline Thomas's Claim of Exemption and Request for Hearing [DE 17]. No objections have been filed to the Report and Recommendation. Thus, having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given that Plaintiff has not objected, it is

**ORDERED** that

    1.    The Magistrate Judge's Report and Recommendation to District Judge [DE 19] is **AFFIRMED and ADOPTED.**

    2.    The Clerk is directed to dissolve the Writ of Garnishment [DE 9] on Regions Bank.

      3.      Micheline Thomas's Claim of Exemption and Request for Hearing [DE 17] is **DENIED as moot.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 25th day of July, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All parties of record